UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANTIAGO GUERRERO, | ) | Case NO. CV 08-6758-SGL (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| KEN CLARK, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: May 7, 2009.

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\guerrero jgmt.wpd